MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHENDAR SINGH,<br>a/k/a "Mike Singh,"<br><br>    Defendant. | No. CR No. CR 11-00883 PJH<br><br>**PARTIES' STIPULATION FOR ORDER OF RESTITUTION AND [PROPOSED] ORDER** |

The parties in the above-captioned case hereby stipulate as follows:

1. Pursuant to 18 U.S.C. §§ 1593, 2259(b)(3), restitution of $45,000 to victim CN is appropriate given the losses she has sustained as a result of the defendants' offenses.

2. The stipulated restitution amount has been achieved in consultation with CN's legal guardian.

3. Restitution will be due immediately upon entry of an order of restitution.

///

///

PARTIES' STIP. RE RESTITUTION
NO. CR 11-00883 PJH

4. Given the financial status of the defendant, as reported in the Probation Officer's presentence investigation report, given the Court's finding at sentencing of the defendant's inability to pay a fine, and because much of the restitution is based upon losses (e.g., counseling services, etc.) that will be incurred by the victim in the future, the parties stipulate and request that the Court waive the requirement for interest on the restitution pursuant to 18 U.S.C. § 3612(f)(3)(A).

5. Because no remaining issues are in dispute, the restitution hearing presently set for July 11, 2012 may be vacated.

Accordingly, the parties jointly request that an Amended Judgment in a Criminal Case for defendant Mahendar Singh be entered as soon as practicable with an order of restitution of $45,000 payable to the legal guardian for victim CN and that the July 11, 2012 restitution hearing be vacated.

**So stipulated.**

July 9, 2012          MELINDA HAAG
                     United States Attorney

                     _____/s/_____
                     ANDREW S. HUANG
                     Assistant United States Attorney


July 9, 2012          _____/s/_____
                     JOYCE LEAVITT, Esq.
                     Assistant Federal Public Defender
                     Counsel for Mahendar Singh

PARTIES' STIP. RE RESTITUTION
NO. CR 11-00883 PJH

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause therefor, it is hereby ORDERED that defendant MAHENDAR SINGH is liable for making restitution to victim CN in the amount of $45,000 and that such restitution is due immediately upon entry of this Order.

As stipulated by the parties above and based on the record in this case, the Court FINDS that the defendant does not have the ability to pay interest on the stipulated restitution.  Therefore, it is further ORDERED that interest is waived on such restitution pursuant to 18 U.S.C. § 3612(f)(3)(A).  An Amended Judgment in a Criminal Case for the defendant will be entered to reflect the ordered restitution.

It is further ORDERED that the restitution hearing presently set for July 11, 2012 is hereby VACATED.

DATE: July __10__, 2012

_____
Hon. PHYLLIS J. HAMILTON
United States District Court Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

PARTIES' STIP. RE RESTITUTION
NO. CR 11-00883 PJH